# EXHIBIT B

Moscow, 25/11/2016

# Three

Yana Romanova     «Russian reporter» №4 (132)     , 04 feb 2010 00:00

7/12     back to the article



Couple: Dmitry and Victoria
Shooting: three months
Baby not yet born