# EXHIBIT C





**VICE**
46 mins · 🌐

"There have been a few times where I've been tempted to have sex, but not with my boyfriend – maybe a co-worker or a guy mate."



**What It's Like to Be a Millennial in a Sexless Relationship**
www.vice.com

 154     88 Comments 21 Shares

 Like      Comment      Share

